

# NUMBER 13-25-00331-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

### IN THE MATTER OF THE MARRIAGE OF
### MARK ANTHONY DUNCAN AND JAIME LYNNE DUNCAN

---

### ON APPEAL FROM THE 105TH DISTRICT COURT
### OF NUECES COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice West**

This matter is before the Court on its own motion. On June 23, 2025, appellant attempted to appeal an order issued on May 19, 2025, in trial court cause number 2012-FAM-3113-D. On June 24, 2025, the Clerk of the Court notified appellant that the notice of appeal was not timely filed. The Clerk of the Court also notified appellant that if the defect was not corrected within ten days from the date of the notice, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(a).

Appellant has failed to respond to the notice or demonstrate that the appeal was timely perfected. We are to construe the rules of appellate procedure reasonably and liberally so that the right to appeal is not lost by imposing requirements not absolutely necessary to effectuate the purpose of a rule. *See Verburgt v. Dorner*, 959 S.W.2d 615, 616-17 (Tex. 1997). Furthermore, we are prohibited from enlarging the scope of our jurisdiction by enlarging the time for perfecting an appeal in a civil case in a manner not provided for by rule. *See* TEX. R. APP. P. 2; *In re T.W.,* 89 S.W.3d 641, 642 (Tex. App.–Amarillo 2002, no pet.).

Appellant's notice of appeal was untimely; therefore, we lack jurisdiction over the appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

JON WEST
Justice

Delivered and filed on the
7th day of August, 2025.

2